**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>RICHARD PATTON DEEDS JR<br><br>Debtor | Chapter 13<br><br>Case No. 26-11447-KHK |

**MOTION TO DISMISS WITH PREJUDICE,**
**NOTICE OF MOTION TO DISMISS WITH PREJUDICE**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Trustee, moves pursuant to 11 U.S.C. Section 1307(c) for dismissal of this case, and asks that any Order of dismissal contain some form of bar or prohibition to refiling, and states in support thereof the following:

1. This is Debtor's fifth bankruptcy filing before this Court. His four prior cases were as follows:

   **18-11308-KHK** Richard Patton Deeds, Jr.
   **Case type:** bk **Chapter:** 11
   **Date filed:** 04/15/2018 **Debtor dismissed:** 10/11/2018

   **19-12432-BFK** Richard Patton Deeds, Jr.
   **Case type:** bk **Chapter:** 11
   **Date filed:** 07/25/2019 **Debtor dismissed:** 06/22/2020

   **22-11256-KHK** Richard Patton Deeds, Jr.
   **Case type:** bk **Chapter:** 11
   **Date filed:** 09/20/2022 **Debtor dismissed:** 12/14/2022

   **23-11138-BFK** Richard Patton Deeds, Jr
   **Case type:** bk **Chapter:** 11
   **Date filed:** 07/17/2023 **Debtor dismissed:** 08/18/2023

2. As is noted above, all four of Debtor's prior cases were filed as Chapter 11's, and all four cases were ultimately dismissed.

3. This latest case was filed as a Chapter 13 despite the fact that Debtor is clearly above the $1,580,125 statutory debt limit for secured debt in Chapter 13 under

11 U.S.C. Section 109(e). The only creditor he has listed in this case ("U.S. Bank National Association c/o Rushmore Loan Mgmt Services. LLC) filed a Proof of Claim in Debtor's most recent prior case for $4,204,267.93 (Case #23-11138; Proof of Claim #3-1).[1]

4. Further, the barebones Schedules and lists filed to date appear to be materially inaccurate since they list just the one creditor. The mailing matrix filed in prior case #23-11138 listed seventeen additional creditors, one of whom has contacted Trustee to complain about the incomplete listing.

5. It appears that this case was filed to stop a foreclosure, with no real expectation or hope of filing or performing under a Chapter 13 Plan.

WHEREFORE, Trustee prays that this case be dismissed with such prejudice or bar to refiling as the Court deems just, and for such other and further relief as the Court deems appropriate.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice. You must mail a copy to the persons listed below.

***Attend the hearing to be held on July 16, 2026 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

[1] That proof of Claim asserted $1,309,338.80 of pre-petition arrearages as of July 17, 2023. If Debtor has not made payments in the interim, and of the loan has not been modified, the arrearage number itself likely exceeds the Chapter 13 secured debt eligibility amount.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _July 1, 2026_____

__/s/ Thomas P. Gorman______
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 1st day of July, 2026, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss with Prejudice, Notice of Motion and Notice of Hearing to the following parties.

Richard Patton Deeds Jr
Chapter 13 Debtor
1404 Crowell Rd
Vienna, VA 22182

__/s/ Thomas P. Gorman______
Thomas P. Gorman