**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>RICHARD PATTON DEEDS, JR.<br><br>Debtor(s) | Chapter 13<br><br>Case No. 26-11447-KHK |

**ORDER OF DISMISSAL**

This matter came on by request of the Trustee for Dismissal of this proceeding pursuant to 11 U.S.C. 1307. Notice thereof having been given in accordance with Rule 2002, and it appearing to the court that adequate cause does exist and that it is in the best interest of the creditors and this estate that this proceeding be dismissed, it is

**ORDERED** that these proceedings under Chapter 13 of the Code be and they hereby are dismissed, and it is further

**ORDERED** that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.

**ORDERED** that pro se Debtor is hereby advised that he has the right to appeal this Order and that in order to do so he must file a Notice of Appeal with the Clerk of the Bankruptcy Court within 14 days of entry of this Order.

Jul 22 2026

/s/ Klinette H Kindred
Klinette H. Kindred
U. S. Bankruptcy Judge

Jul 23 2026

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince St., Ste. 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

I Ask For This:

/s/ Thomas P. Gorman
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince St., Ste. 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Local Rule 9022-1(C) Certification

Pursuant to Local Rule 9022-1(C), the foregoing order was mailed first class, postage prepaid, on his 20th day of July 2026 to:

Richard Patton Deeds Jr
1404 Crowell Rd
Vienna, VA 22182

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Richard Patton Deeds Jr
Chapter 13 Debtor
1404 Crowell Rd
Vienna, VA 22182

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince St., Ste. 202
Alexandria, VA 22314